IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CAROLINE WIOSKOWSKI** Personal Representative of the Estate of **FRANK WIOSKOWSKI,** Now Deceased | * Case No. 91231534 (MD) (1) <br> * Case No. 93-3161 <br> * <br> * |
| and | * <br> * |
| **CAROLINE WIOSKOWSKI,** Individually and as Surviving Spouse of **FRANK WIOSKOWSKI,** Now Deceased | * <br> * <br> * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | * <br> * |
| AC&S, INC., et al. | * <br> * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF PARTIES

1.      Joanna Wioskowski, moves this Court for an Order substituting her, in her capacity as Successor Personal Representative of the Estate of Frank Wioskowski , Plaintiff's decedent, and as Personal Representative of the Estate of Caroline Wioskowski, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2.      On December 19, 1993, Frank Wioskowski, Plaintiff's decedent in the above matter, died. On February 8, 1994, Caroline Wioskowski was duly appointed Personal Representative of the Estate of Frank Wioskowski, deceased, by the Register of Wills for Baltimore County, Maryland.

3.  On May 21, 2004, Caroline Wioskowski, Plaintiff herein, died.

4.  On June 22, 2004, Joanna Wioskowski. was appointed Successor Personal Representative of the Estate of Frank Wioskowski, Plaintiff's decedent herein, by the Register of Wills for Baltimore, Maryland and on June 29, 2004, Joanna Wioskowski was appointed Personal Representative of the Estate of Caroline Wioskowski, Personal Representative of the Estate of Frank Wioskowski. and Surviving Spouse of Frank Wioskowski, now deceased, by the Register of Wills for Baltimore, Maryland.

5.  Joanna Wioskowski. is duly qualified and is now acting as Successor Personal Representative of the Estate of Frank Wioskowski. and as Personal Representative of the Estate of Caroline Wioskowski.

6.  This is an action at law for personal injuries and therefore the claim has not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Joanna Wioskowski., Successor Personal Representative of the Estate of Frank Wioskowski and Joanna Wioskowski,.Personal Representative of the Estate of Caroline Wioskowski requests this Court to substitute her as Plaintiff herein in place of Caroline Wioskowski.

                                                         /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

**STATEMENT OF AUTHORITIES**

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                          /s/
          **EVE E. PRIETZ**
          **Bar No. 06071**
          **Law Offices of Peter G. Angelos**
          **A Professional Corporation**
          **5905 Harford Road**
          **Baltimore, Maryland 21214**
          **(410) 426-3200**

          **Attorney for Plaintiffs**