IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLINE WIOSKOWSKI, Personal Representative of the Estate of FRANK WIOSKOWSKI, Now Deceased | * * * * * | Case No. 91231534 (MD) (1) Case No. 93-3161 |
| and | * * | |
| CAROLINE WIOSKOWSKI, Individually and as Surviving Spouse of FRANK WIOSKOWSKI, Now Deceased | * * * * * | |
| Plaintiffs | * * | |
| v. | * * | |
| AC&S, INC., et al. | * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1.  On Motion of Joanna Wioskowski, for substitution in place of Caroline Wioskowski, Personal Representative of the Estate of Frank Wioskowski, now deceased, it appearing to the Court that the said Caroline Wioskowski was duly appointed Personal Representative of the Estate of Frank Wioskowski on February 8, 1994 by the Register of Wills for Baltimorel County, Maryland; that Caroline Wioskowski died on May 21, 2004; that the claim asserted by her in this action was not thereby extinguished; and that Joanna Wioskowski has been duly appointed Successor Personal Representative of the Estate of Frank Wioskowski, and is qualified and is acting as such.

2.  On Motion of Joanna Wioskowski, for substitution in place of Caroline Wioskowski,

SCANNED

1

Surviving Spouse of Frank Wioskowski, now deceased, it appearing to the Court that the said Caroline Wioskowski died on May 21, 2004; that the claim asserted by her was not thereby extinguished; and that Joanna Wioskowski has been duly appointed Personal Representative of the Estate of Caroline Wioskowski, and is qualified and is acting as such.

**IT IS ORDERED,** that Joanna Wioskowski, Successor Personal Representative of the Estate of Frank Wioskowski, be substituted as Plaintiff herein in the place of Caroline Wioskowski, Personal Representative of the Estate of Frank Wioskowski, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Joanna Wioskowski, Personal Representative of the Estate of Caroline Wioskowski, be substituted as Plaintiff herein in the place of Caroline Wioskowski, Surviving Spouse of Frank Wioskowski, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____ J.
JUDGE
James T. Giles

7/17/2006
Date

2